1230

No. 10–7939. PURNELL *v.* COHEN, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–7941. SMITH *v.* MCCLURE. C. A. 4th Cir. Certiorari denied.

No. 10–7944. LAMBERT *v.* FELKER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7946. WOLTZ *v.* BAILEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–7949. SZERLONG *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 10–7950. SLAUGHTER *v.* ROGERS, ADMINISTRATOR, ADULT DIAGNOSTIC AND TREATMENT CENTER, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–7953. LUKE *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 10–7958. ADDISON *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 10–7962. TIMMS *v.* TEXAS. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 10–7963. BOYD *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–7966. WALLACE *v.* POWERS ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–7968. ZUESKI *v.* PRAUSE ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–7969. KEMPPAINEN *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–7972. TORRES *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.